United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01357-HWV |
| Derek H. Markley | Chapter 13 |
| Johnanna L. Markley | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Aug 14, 2024  Form ID: pdf010  Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek H. Markley, Johnanna L. Markley, 823 Baltimore Road, Dillsburg, PA 17019-9303 |
| 5621084 | | Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17108-0946 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5628833 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2024 18:41:53 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5621082 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2024 18:42:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5630320 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2024 18:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5627297 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 14 2024 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5621083 | ^ | MEBN | Aug 14 2024 18:38:47 | KML Law Group, P.C., Attn: Geraldine M. Linn, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 5623644 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 18:52:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5627995 | + | Email/PDF: cbp@omf.com | Aug 14 2024 18:52:25 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5644575 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2024 18:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5629770 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 18:52:13 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5621085 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2024 18:42:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5644573 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: pdf010 | Total Noticed: 12 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig A. Diehl | on behalf of Debtor 2 Johnanna L. Markley cdiehl@cadiehllaw.com  jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Craig A. Diehl | on behalf of Debtor 1 Derek H. Markley cdiehl@cadiehllaw.com  jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DEREK H. MARKLEY and | : | CHAPTER 13 |
| JOHNANNA L. MARKLEY, | : | |
| Debtors | : | CASE NO: 1:24-bk-01357 |
| | : | |

## ORDER

Upon consideration of the Debtors' Motion to Voluntarily Dismiss Chapter 13 Proceeding, Doc. 17, it is

ORDERED that the Motion is **GRANTED** and the above-captioned case is dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 14, 2024